**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**04/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Peter**<br>First name<br><br>Middle name<br><br>**Gordon**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-9218** | |

Debtor 1    __Peter Gordon_____    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>_____<br>EIN | □ I have not used any business name or EINs.<br><br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **74 Tacoma Street**<br>**Staten Island, NY 10304**<br>Number, Street, City, State & ZIP Code<br><br>**Richmond**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>□ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>□ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>□ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1    **Peter Gordon** _____    Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---------|-----------------------------------------------|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.    How you will pay the fee**

■    **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐    **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐    **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes.

| District | **EDNY** | When | **6/03/18** | Case number | **18-43268** |
|----------|----------|------|-------------|-------------|--------------|
| District |          | When |             | Case number |              |
| District |          | When |             | Case number |              |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor   |          | Relationship to you       |              |
|----------|----------|---------------------------|--------------|
| District |          | When | Case number, if known |          |
| Debtor   |          | Relationship to you       |              |
| District |          | When | Case number, if known |          |

**11.    Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐    No. Go to line 12.

☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Peter Gordon**                                    Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Peter Gordon**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Peter Gordon**                                          Case number *(if known)*

| | | |
|---|---|---|
| **16. What kind of debts do you have?** | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | | ☐ No. Go to line 16b. |
| | | ■ Yes. Go to line 17. |
| | 16b. | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | | ☐ No. Go to line 16c. |
| | | ☐ Yes. Go to line 17. |
| | 16c. | State the type of debts you owe that are not consumer debts or business debts |

| | | |
|---|---|---|
| **17. Are you filing under Chapter 7?** | ■ No. | I am not filing under Chapter 7. Go to line 18. |
| **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ☐ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| | | ☐ No |
| | | ☐ Yes |

| | | | |
|---|---|---|---|
| **18. How many Creditors do you estimate that you owe?** | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| | | | |
|---|---|---|---|
| **19. How much do you estimate your assets to be worth?** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **20. How much do you estimate your liabilities to be?** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **Peter Gordon** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Executed on   **September 8, 2021** | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    **Peter Gordon** _____        Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____        Date    **September  8, 2021**
Signature of Attorney for Debtor                                          MM / DD / YYYY

**Lawrence F. Morrison**
Printed name

**Morrison Tenenbaum, PLLC**
Firm name

**87 Walker Street, Second Floor**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone    **212-620-0938**                Email address    **info@m-t-law.com**

**2889590 NY**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Peter Gordon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  | Unsecured claim |
|---|---|---|

**1**  **A&J Landscaping of S.I.**
**348 Elverton Ave**
**Staten Island, NY 10308**

What is the nature of the claim?    **Claim**    $ **$2,315.73**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

_____
Contact
_____
Contact phone

**2**  **Blaze Credit Card**
**PO Box 2534**
**Omaha, NE 68103**

What is the nature of the claim?    **Credit Card**    $ **$297.22**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

_____
Contact
_____
Contact phone

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Peter Gordon**                                            Case number *(if known)*

---

**3**    **Capital One**
PO Box 6492
Carol Stream, IL 60197

What is the nature of the claim?    Credit Cards    $ **$5,449.34**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**4**    **Credit One Bank**
Bankruptcy Dept.
335 Madison Ave
New York, NY 10017

What is the nature of the claim?    Credit card    $ **$1,800.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**5**    **First National Credit**
PO Box 2496
Omaha, NE 68103

What is the nature of the claim?    Credit Card    $ **$358.72**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**6**    **Forevergreen Landscaping**
238 Jerome Ave
Staten Island, NY 10305

What is the nature of the claim?    Claim    $ **$1,680.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

---

Debtor 1    **Peter Gordon**                                    Case number *(if known)*

Contact

Contact phone

☐ No
☐ Yes. Total claim (secured and unsecured)    $
                     Value of security:              - $
                     Unsecured claim               $

---

**7**

**HSN**
**PO Box 659707**
**San Antonio, TX 78265**

What is the nature of the claim?    **Dept. Store Credit Card**    $ **$205.95**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☑    Unliquidated
☐    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?
☑    No
☐    Yes. Total claim (secured and unsecured)    $
                     Value of security:              - $
                     Unsecured claim               $

Contact

Contact phone

---

**8**

**Internal Revenue Service**
**Central Insolvency Unit**
**PO Box 7346**
**Philadelphia, PA 19101**

What is the nature of the claim?    $ **$15,000.00**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☑    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?
☑    No
☐    Yes. Total claim (secured and unsecured)    $
                     Value of security:              - $
                     Unsecured claim               $

Contact

Contact phone

---

**9**

**John Weber**

What is the nature of the claim?    $ **$5,000.00**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
☑    None of the above apply

Does the creditor have a lien on your property?
☑    No
☐    Yes. Total claim (secured and unsecured)    $
                     Value of security:              - $
                     Unsecured claim               $

Contact

Contact phone

---

**10**

**LVNV Funding LLC**
**PO Box 10587**
**Greenville, SC 29603**

What is the nature of the claim?    $ **$2,420.19**

As of the date you file, the claim is: Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Peter Gordon**                                    Case number *(if known)* _____

☐ Contingent
■ Unliquidated
☐ Disputed
☐  None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
_____                                Value of security:        - $ _____
Contact                                                Unsecured claim        $ _____
_____
Contact phone

---

**11**    **Merrick Bank Corp.**        What is the nature of the claim?        **Collections**        $ **3,491.83**
       **c/o Forster & Garbus**
       **60 Motor Parkway**        **As of the date you file, the claim is:** Check all that apply
       **Commack, NY 11725**        ☐  Contingent
                                    ☐   Unliquidated
                                    ■  Disputed
                                    ☐  None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
_____                                Value of security:        - $ _____
Contact                                                Unsecured claim        $ _____
_____
Contact phone

---

**12**    **Northeastern Couch**        What is the nature of the claim?                $ **5,000.00**

                                    **As of the date you file, the claim is:** Check all that apply
                                    ☐  Contingent
                                    ☐  Unliquidated
                                    ☐   Disputed
                                    ■  None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
_____                                Value of security:        - $ _____
Contact                                                Unsecured claim        $ _____
_____
Contact phone

---

**13**    **NYC Dept. of Finance**        What is the nature of the claim?        **Property Tax**        $ **665.99**
       **Bankruptcy Unit**
       **66 John Street**        **As of the date you file, the claim is:** Check all that apply
       **New York, NY 10038**        ☐  Contingent
                                    ■  Unliquidated
                                    ☐  Disputed
                                    ☐  None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
_____                                Value of security:        - $ _____
Contact                                                Unsecured claim        $ _____
_____
Contact phone

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Peter Gordon**                                    Case number *(if known)*

---

| 14 | **NYC Water Board**<br>**59-17 Junction Blvd**<br>**Elmhurst, NY 11373** | **What is the nature of the claim?** | $ **$10,541.73** |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 15 | **Quantum3 Group LLC**<br>**As Agent for Comenity Ban**<br>**PO Box 788**<br>**Kirkland, WA 98083** | **What is the nature of the claim?** | $ **$263.73** |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 16 | **SST**<br>**As Agent for CIGFP I Corp**<br>**4315 Pickett Road**<br>**Bankruptcy Debt**<br>**MO 65403** | **What is the nature of the claim?** | $ **$3,864.45** |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 17 | | **What is the nature of the claim?** | |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    __Peter Gordon_____    Case number *(if known)*  _____

|  | ☐ | No |  |  |
|---|---|---|---|---|
| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ | _____ |
|  |  | Value of security: | - $ | _____ |
| Contact phone |  | Unsecured claim | $ | _____ |

**18**

What is the nature of the claim?    _____    _____

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**
☐    No
Contact    ☐    Yes. Total claim (secured and unsecured)    $  _____
                        Value of security:    - $  _____
Contact phone                        Unsecured claim    $  _____

**19**

What is the nature of the claim?    _____  $  _____

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**
☐    No
Contact    ☐    Yes. Total claim (secured and unsecured)    $  _____
                        Value of security:    - $  _____
Contact phone                        Unsecured claim    $  _____

**20**

What is the nature of the claim?    _____  $  _____

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**
☐    No
Contact    ☐    Yes. Total claim (secured and unsecured)    $  _____
                        Value of security:    - $  _____
Contact phone                        Unsecured claim    $  _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  _____    X  _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     **Peter Gordon** _____    Case number *(if known)* _____

**Peter Gordon**
Signature of Debtor 1                                                     Signature of Debtor 2

Date    **September  8, 2021** _____                Date    _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**United States Bankruptcy Court**
**Eastern District of New York**

In re    **Peter Gordon**
Debtor(s)

Case No.
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **September 8, 2021**

**Peter Gordon**
Signature of Debtor

A&J Landscaping of S.I.
348 Elverton Ave
Staten Island, NY 10308

Blaze Credit Card
PO Box 2534
Omaha, NE 68103

Capital One
PO Box 6492
Carol Stream, IL 60197

Credit One Bank
Bankruptcy Dept.
335 Madison  Ave
New York, NY 10017

First National Credit PO
Box 2496
Omaha, NE 68103

Flek Flek & Flek
1205 Frankling Avenue  Ste
300
Garden City, NY 11530

Forevergreen Landscaping
238 Jerome Ave
Staten Island, NY 10305

HSN
PO Box 659707
San Antonio, TX 78265

Internal Revenue Service
Central Insolvency Unit
PO Box 7346 Philadelphia,
PA 19101


JH Portfolio Debt Equity
c/o Sentry Credit, Inc.
2809 Grand Ave
Everett, WA 98201


John Weber


LVNV Funding LLC
PO Box 10587 Greenville,
SC 29603


Merrick Bank Corp.
c/o Forster & Garbus
60 Motor Parkway Commack,
NY 11725


Northeastern Couch


NYC Dept. of Finance
Bankruptcy Unit
66 John Street
New York, NY 10038


NYC Water Board

59-17 Junction Blvd
Elmhurst, NY 11373


NYS Dept. of Tax and Fin.
Bankruptcy Section
PO Box 5300
Albany, NY 12205

Ocwen Loan Servicing
PO Box 24738
West Palm Beach, FL 33416

Quantum3 Group LLC
As Agent for Comenity Ban
PO Box 788
Kirkland, WA 98083

SST
As Agent for CIGFP I Corp
4315 Pickett Road
Bankruptcy Debt
MO 65403

US Bank National Assoc.
C/O McCabe,  Weisberg
145 Huguenot Street
Suite 210
New Rochelle, NY 10801

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Peter Gordon                                    **CASE NO.:** _____

  Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **18-43268** JUDGE: DISTRICT/DIVISION: **EDNY**

CASE STILL PENDING (Y/N): **N**   [*If closed*] Date of closing: _____

 CURRENT STATUS OF RELATED CASE: _____
         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: **Prior Filing  6/03/2018** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____   [*If closed*] Date of closing:_____

 CURRENT STATUS OF RELATED CASE: _____
         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____   [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

_____        _____
**Lawrence F. Morrison**                  Signature of Pro Se Debtor/Petitioner
Signature of Debtor's Attorney
**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**
**212-620-0938 Fax:646-390-5095**        _____
                                          Signature of Pro Se Joint Debtor/Petitioner

                                          74 Tacoma Street
                                          _____
                                          Mailing Address of Debtor/Petitioner

                                          Staten Island, NY 10304
                                          _____
                                          City, State, Zip Code

                                          _____
                                          Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

**PETER GORDON,**

                          Debtor.
-------------------------------------------------------------------X

Chapter 11

Case No. 21-_____( )

## DECLARATION PURSUANT TO E.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

I, Peter Gordon, declares under the penalty of perjury, the following:

     1.    I am the above referenced individual (the "Debtor"), and as such I am familiar with the

operations, business and financial affairs of the Debtor. I submit this affidavit in accordance with the

E.D.N.Y Local Bankruptcy Rule 1007-4 in support of the voluntary petition filed by the Debtor.

     2.    There are no other or prior bankruptcy cases against the Debtor and as such there has

been no trustee or creditors' committee appointed in this case.

     3.    The Debtor is an individual residing at 74 Tacoma Street, Staten Island, NY 10304 (the

"Premises").

     4.    The Debtor's immediate need for relief in this Court stems from a pending foreclosure

proceeding of the Premises in the New York State Supreme Court, County of Richmond, Index No.

135394/2019, and other debts that have been exacerbated by the COVID-19 pandemic.

     5.    By way of background, my financial hardship begun approximately a decade ago as a

result of the financial crisis. While working as a self-employed Black Car driver, I suffered a car accident

that destroyed my car and left my body severely burned. While I was in the hospital, I was not able to

work. Things become further complicated when my late wife, Beverly Gordon, was forced to retire from

her job at the NYC Dept. of Education due to health complications. This left us dependent solely on my

income, her disability benefits and pension. In order to try to make ends meet, I was forced to purchase

another vehicle and begin working soon after my accident. Then, at the end of 2011, Uber was introduced

to New York City, which caused the Black Car service catastrophic losses in business. As a result, I am

still trying to pay for my first car payments and medical bills from the injuries sustained in the car

accident. Then, this past December my wife tragically passed away. The devastating loss of my wife took a great toll on my emotional state and worsened my ability to keep up with the any debt obligations we already had.

6.     Pursuant to Rule 1007-(a)(4) of the local bankruptcy rules annexed hereto as **Exhibit "A"** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders.

7.     Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "B"** is a list containing the names and addresses of the Debtor's five (5) largest secured claims.

8.     Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "C"** is a summary of the Debtor's assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

9.     There is no property of the Debtor in the possession or custody of any public officer, receiver, trustee, pledge, assignee of rents, liquidators, secured creditors, or agents of such person.

10.     The Debtor's assets consist of real estate and other personal property.

Peter Gordon

Exhibit A

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Peter Gordon** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an
   amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    **List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | Unsecured claim |
|---|---|---|---|

**1**    **A&J Landscaping of S.I.**
**348 Elverton Ave**
**Staten Island, NY 10308**

What is the nature of the claim?    **Claim**     $ **$2,315.73**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

_____
Contact
_____
Contact phone

**2**    **Blaze Credit Card**
**PO Box 2534**
**Omaha, NE 68103**

What is the nature of the claim?    **Credit Card**     $ **$297.22**

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

_____
Contact
_____
Contact phone

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    __Peter Gordon__    Case number *(if known)* _____

---

**3**

**Capital One**
**PO Box 6492**
**Carol Stream, IL 60197**

What is the nature of the claim?    __Credit Cards__    $ __$5,449.34__

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**4**

**Credit One Bank**
**Bankruptcy Dept.**
**335 Madison Ave**
**New York, NY 10017**

What is the nature of the claim?    __Credit card__    $ __$1,800.00__

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**5**

**First National Credit**
**PO Box 2496**
**Omaha, NE 68103**

What is the nature of the claim?    __Credit Card__    $ __$358.72__

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**6**

**Forevergreen Landscaping**
**238 Jerome Ave**
**Staten Island, NY 10305**

What is the nature of the claim?    __Claim__    $ __$1,680.00__

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

---

Debtor 1    **Peter Gordon** _____    Case number *(if known)* _____

| | |
|---|---|
| _____ | ■ No |
| Contact | ☐ Yes. Total claim (secured and unsecured) $ _____ |
| | Value of security: - $ _____ |
| Contact phone | Unsecured claim $ _____ |

---

**7**

**HSN**
**PO Box 659707**
**San Antonio, TX 78265**

What is the nature of the claim?    **Dept. Store Credit Card**    $ **$205.95**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____

Contact phone _____

---

**8**

**Internal Revenue Service**
**Central Insolvency Unit**
**PO Box 7346**
**Philadelphia, PA 19101**

What is the nature of the claim?    _____    $ **$15,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____

Contact phone _____

---

**9**

**John Weber**

What is the nature of the claim?    _____    $ **$5,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____

Contact phone _____

---

**10**

**LVNV Funding LLC**
**PO Box 10587**
**Greenville, SC 29603**

What is the nature of the claim?    _____    $ **$2,420.19**

As of the date you file, the claim is: Check all that apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Debtor 1    __Peter Gordon__                                    Case number *(if known)* _____

☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
　　Value of security:    - $ _____
　　Unsecured claim    $ _____

_____
_____
Contact
_____
Contact phone

---

| 11 | **Merrick Bank Corp.**<br>**c/o Forster & Garbus**<br>**60 Motor Parkway**<br>**Commack, NY 11725** |

What is the nature of the claim?    __Collections__    $ **3,491.83**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
　　Value of security:    - $ _____
　　Unsecured claim    $ _____

_____
Contact
_____
Contact phone

---

| 12 | **Northeastern Couch** |

What is the nature of the claim?    _____    $ **5,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
　　Value of security:    - $ _____
　　Unsecured claim    $ _____

_____
Contact
_____
Contact phone

---

| 13 | **NYC Dept. of Finance**<br>**Bankruptcy Unit**<br>**66 John Street**<br>**New York, NY 10038** |

What is the nature of the claim?    __Property Tax__    $ **665.99**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
　　Value of security:    - $ _____
　　Unsecured claim    $ _____

_____
Contact
_____
Contact phone

---

B 104 (Official Form 104)　　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　　Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1    __Peter Gordon__                                    Case number *(if known)* _____

---

| 14 | NYC Water Board<br>59-17 Junction Blvd<br>Elmhurst, NY 11373 | | **What is the nature of the claim?** _____ | $ **$10,541.73** |

☐ Unliquidated

**As of the date you file, the claim is:** Check all that apply
☐ Contingent

■ Disputed
☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____
Contact                          ■ No
                                 ☐ Yes. Total claim (secured and unsecured)    $ _____
_____                      Value of security:              - $ _____
Contact phone                        Unsecured claim                   $ _____

---

| 15 | Quantum3 Group LLC<br>As Agent for Comenity Ban<br>PO Box 788<br>Kirkland, WA 98083 | **What is the nature of the claim?** _____ | $ **$263.73** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____
Contact                          ■ No
                                 ☐ Yes. Total claim (secured and unsecured)    $ _____
_____                      Value of security:              - $ _____
Contact phone                        Unsecured claim                   $ _____

---

| 16 | SST<br>As Agent for CIGFP I Corp<br>4315 Pickett Road<br>Bankruptcy Debt<br>MO 65403 | **What is the nature of the claim?** _____ | $ **$3,864.45** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____
Contact                          ■ No
                                 ☐ Yes. Total claim (secured and unsecured)    $ _____
_____                      Value of security:              - $ _____
Contact phone                        Unsecured claim                   $ _____

---

| 17 | | **What is the nature of the claim?** _____ | _____ |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Exhibit B

# Exhibit C

Estimated Assets & Liabilities
Assets: $500,001 - $1,000,000 Liabilities: $500,001 - $1,000,000